## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

NOVI SURGICAL CENTER LLC,

Plaintiff,

v.

SAFECO INSURANCE
COMPANY OF ILLINOIS

Defendant.

USDC Case No: **2:18-cv-11316**

Hon. _____

State Court Case No. 2018-164250-
NF

Hon. Cheryl Matthews

_____/

| | |
|---|---|
| Sean F. Kelly  (P59975) | Jennifer B. Salvatore (P66640) (Local Counsel) |
| MILLER & TISCHLER, P.C. | SALVATORE PRESCOTT & PORTER, PLLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 28470 W. 13 Mile Rd., Ste. 300 | 105 East Main Street |
| Farmington Hills, MI 48334 | Northville, MI 48167 |
| (248) 945-1040 | (248) 679-8711/(248) 773-7280 Fax |
| (248) 536-5042 Fax | salvatore@spplawyers.com |
| skelly@msapc.net | |
| | Daniel P. Tighe |
| | PRINCE LOBEL TYE LLP |
| | Attorney for Defendant |
| | One International Place |
| | Boston, MA 02110 |
| | (617) 456-8000 |
| | dtighe@princelobel.com |

_____/

## NOTICE OF FILING REMOVAL

## NOTICE OF REMOVAL TO FEDERAL COURT

## VERIFICATION

## CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

NOVI SURGICAL CENTER LLC,

Plaintiff,

v.

USDC Case No: **2:18-cv-11316**

Hon. _____

SAFECO INSURANCE
COMPANY OF ILLINOIS

State Court Case No. 2018-164250-
NF

Hon. Cheryl Matthews

Defendant.

_____/

| | |
|---|---|
| Sean F. Kelly  (P59975) | Jennifer B. Salvatore (P66640) (Local Counsel) |
| MILLER & TISCHLER, P.C. | SALVATORE PRESCOTT & PORTER, PLLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 28470 W. 13 Mile Rd., Ste. 300 | 105 East Main Street |
| Farmington Hills, MI 48334 | Northville, MI 48167 |
| (248) 945-1040 | (248) 679-8711/(248) 773-7280 Fax |
| (248) 536-5042 Fax | salvatore@spplawyers.com |
| skelly@msapc.net | |
| | Daniel P. Tighe |
| | PRINCE LOBEL TYE LLP |
| | Attorney for Defendant |
| | One International Place |
| | Boston, MA 02110 |
| | (617) 456-8000 |
| | dtighe@princelobel.com |

_____/

## NOTICE OF FILING REMOVAL

TO:   Sean F. Kelly, Esq.              Oakland County Circuit Court
      28470 W. 13 Mile Rd., Ste 300    1200 N. Telegraph Rd.
      Farmington Hills, MI 48334       Pontiac, MI 48340

1

PLEASE TAKE NOTICE that Defendant SAFECO INSURANCE COMPANY OF ILLINOIS has this day filed a Notice of Removal to Federal Court, a copy of which is attached hereto, in the office of the Clerk of the United States District Court, Eastern District of Michigan, Southern Division.

Dated:          April 27, 2018                    /s/ Jennifer B. Salvatore
                                                  Jennifer B. Salvatore (P66640)
                                                  Attorney for Defendant
                                                  105 East Main Street
                                                  Northville, MI 48167
                                                  (248) 679-8711
                                                  salvatore@spplawyers.com


                                                  Daniel P. Tighe
                                                  Attorney for Defendant
                                                  One International Place
                                                  Boston, MA 02110
                                                  (617) 456-8000
                                                  dtighe@princelobel.com

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

NOVI SURGICAL CENTER LLC,

Plaintiff,

v.

SAFECO INSURANCE
COMPANY OF ILLINOIS

Defendant.

USDC Case No: **2:18-cv-11316**

Hon. _____

State Court Case No. 2018-164250-
NF

Hon. Cheryl Matthews

/

| | |
|---|---|
| Sean F. Kelly  (P59975) | Jennifer B. Salvatore (P66640) (Local Counsel) |
| MILLER & TISCHLER, P.C. | SALVATORE PRESCOTT & PORTER, PLLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 28470 W. 13 Mile Rd., Ste. 300 | 105 East Main Street |
| Farmington Hills, MI 48334 | Northville, MI 48167 |
| (248) 945-1040 | (248) 679-8711/(248) 773-7280 Fax |
| (248) 536-5042 Fax | salvatore@spplawyers.com |
| skelly@msapc.net | |
| | Daniel P. Tighe |
| | PRINCE LOBEL TYE LLP |
| | Attorney for Defendant |
| | One International Place |
| | Boston, MA 02110 |
| | (617) 456-8000 |
| | dtighe@princelobel.com |

/

## NOTICE OF REMOVAL TO FEDERAL COURT

TO:   Clerk of the Court, Eastern District of Michigan
       Sean F. Kelly, Esq.

3

Pursuant to 28 U.S.C. §§ 1332 and 1441, Safeco Insurance Company of Illinois ("Safeco") hereby removes the action captioned <u>Novi Surgical Center, LLC v. Safeco Insurance Company of Illinois</u>, Docket No. 2018-164250-NF ("State Court Action"), now pending in the Oakland County Circuit Court.  In support of removal, Safeco states as follows:

1.     On or about March 8, 2018, the plaintiff in the State Court Action – Novi Surgical Center, LLC ("Novi") – filed a complaint against Safeco ("Complaint").  The Complaint was served on Safeco for the first time on March 30, 2018.

2.     Novi alleges that Safeco has failed to reimburse Novi for medical services covered by the Personal Injury Protection ("PIP") provisions in Safeco's automobile insurance policies, as allegedly required by the Michigan No-Fault Act, M.C.L. § 500.3101, *et. seq.*  (Compl. at ¶ ¶ 1, 13.) Novi seeks to recover the "full payment" for charges listed in an attached spread sheet as well as "all no-Fault Penalties to which it is entitled."  (<u>Id</u>., ¶ 1.)  Exhibit A to the Complaint is a list of invoices that Novi claims are due and owing.  The total amount allegedly owed, as shown on that spread sheet, is approximately $249,997 (before fees and interest). (Compl. Ex. A, p.2.)

3.     Novi also seeks to recover attorney's fees pursuant to M.C.L. § 500.3148 (Compl.¶ 18) and "punitive" interest under MCL 500.3142 (Compl. ¶ 17).

4.     Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5.     Under 28 U.S.C. § 1332(a)(1), this Court has original jurisdiction over an action in which (1) there is complete diversity between the parties, and (2) the amount in controversy exceeds $75,000.

6.     Both criteria are satisfied here.  First, there is complete diversity between the parties.  Novi is a corporation organized under the laws of Michigan, and its principal place of business is located in Oakland County, Michigan.  (See Compl. at ¶ 2.)  Safeco is a corporation organized under Illinois law with a principal place of business at 175 Berkeley St., Boston MA.  (See Compl. ¶ 3, alleging that Safeco is a foreign corporation.)

7.     Second, the amount in controversy exceeds $75,000.

8.     The first part of Novi's claim for damages is its claim for underpayment of $249,997.  See e.g., Kovacs v. Chesley, 406 F.3d 393, 395 (6th Cir. 2005)(for purposes of determining amount in controversy, "the sum claimed by the plaintiff controls if the claim is apparently made in good faith" quoting St. Paul Mercury Indem. Co. v. Red Cab Co., 303 U.S. 283, 288 (1938)).

9.     In addition, Novi seeks "punitive" interest under MCL 500.3142 (Compl. ¶ 17), which is also included in amount in controversy calculations. See Haggard v. Allstate Prop. & Cas. Ins. Co., No. 13-12779, 2013 WL 12181716, at *4 (E.D. Mich. Sept. 12, 2013).  M.C.L. § 500.3142 provides for 12% penalty interest per annum.  Mathis v. Encompass Ins. Co., No. 08-CV-12838, 2008 WL 4279357, at *2 (E.D. Mich. Sept. 15, 2008) (citations omitted).

10.     Finally, the amount in controversy calculation must also include Novi's claim for statutory attorney's fees.  See Williamson v. Aetna Life Ins. Co., 481 F.3d 369, 377 (6th Cir. 2007) (statutory attorney's fees to be considered in calculating amount in controversy.)

11.     Pursuant to 28 U.S.C. § 1446(b)(1), the Defendant's notice of removal is timely as it is filed within thirty (30) days of service of the complaints.

12.     There are no other defendants whose consent is required.

13.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Oakland County Circuit Court.

14.     Pursuant to 28 U.S.C. § 1446(a), the Defendant has attached the Complaint to this notice as Exhibit A.  It also attached the summons and notice service of process as Exhibits B and C.

**WHEREFORE**, the Defendant respectfully requests that the above action now pending against them in the Oakland County Circuit Court be removed therefrom to this Court.

Respectfully submitted,

Dated: April 27, 2018

*/s/ Jennifer B. Salvatore*
Jennifer B. Salvatore (P66640)
Attorney for Defendants
105 East Main Street
Northville, MI 48167
(248) 679-8711
salvatore@spplawyers.com

*/s/ Daniel P. Tighe*
Daniel P. Tighe (BBO# # 556583)
Thomas R. Sutcliffe (BBO# 675379)
Attorneys for Defendants
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
(617) 456-8000
dtighe@princelobel.com
tsutcliffe@princelobel.com

*Attorneys for Safeco Insurance Company of Illinois*

7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NOVI SURGICAL CENTER LLC,

Plaintiff,

v.

SAFECO INSURANCE
COMPANY OF ILLINOIS

Defendant.

USDC Case No: **2:18-cv-11316**

Hon. _____

State Court Case No. 2018-164250-NF

Hon. Cheryl Matthews

_____ /

| | |
|---|---|
| Sean F. Kelly (P59975) | Jennifer B. Salvatore (P66640) (Local Counsel) |
| MILLER & TISCHLER, P.C. | SALVATORE PRESCOTT & PORTER, PLLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 28470 W. 13 Mile Rd., Ste. 300 | 105 East Main Street |
| Farmington Hills, MI 48334 | Northville, MI 48167 |
| (248) 945-1040 | (248) 679-8711/(248) 773-7280 Fax |
| (248) 536-5042 Fax | salvatore@spplawyers.com |
| skelly@msapc.net | |
| | Daniel P. Tighe |
| | PRINCE LOBEL TYE LLP |
| | Attorney for Defendant |
| | One International Place |
| | Boston, MA 02110 |
| | (617) 456-8000 |
| | dtighe@princelobel.com |

iManageDB1\100887\000107\2908703.v1-3/14/18

# CERTIFICATE OF SERVICE

I certify that the foregoing document was served by U.S. Mail, first-class postage pre-paid, and by electronic service on the following counsel on April 27, 2018:

Sean F. Kelly, Esq.
Miller & Tischler, P.C.
28470 W. 13 Mile Rd., Ste 300
Farmington Hills, MI 48334

Dated: April 27, 2018                    */s/ Jennifer B. Salvatore*
_____
Jennifer B. Salvatore (P66640)
Attorney for Defendant
105 East Main Street
Northville, MI 48167
(248) 679-8711
salvatore@spplawyers.com

9

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NOVI SURGICAL CENTER LLC,

Plaintiff,

v.

USDC Case No: **2:18-cv-11316**

Hon. _____

SAFECO INSURANCE
COMPANY OF ILLINOIS

State Court Case No. 2018-164250-NF

Hon. Cheryl Matthews

Defendant.

_____/

| | |
|---|---|
| Sean F. Kelly  (P59975) | Jennifer B. Salvatore (P66640) (Local Counsel) |
| MILLER & TISCHLER, P.C. | SALVATORE PRESCOTT & PORTER, PLLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 28470 W. 13 Mile Rd., Ste. 300 | 105 East Main Street |
| Farmington Hills, MI 48334 | Northville, MI 48167 |
| (248) 945-1040 | (248) 679-8711/(248) 773-7280 Fax |
| (248) 536-5042 Fax | salvatore@spplawyers.com |
| skelly@msapc.net | |
| | Daniel P. Tighe |
| | PRINCE LOBEL TYE LLP |
| | Attorney for Defendant |
| | One International Place |
| | Boston, MA 02110 |
| | (617) 456-8000 |
| | dtighe@princelobel.com |

_____/

**VERIFICATION**

10

JENNIFER B. SALVATORE, first being duly sworn, states that she is the attorney for Defendant SAFECO INSURANCE COMPANY OF ILLINOIS and that the foregoing Notice of Removal to Federal Court is true in substance and in fact to the best of her knowledge, information, and belief.

Dated:     April 27, 2018                     */s/ Jennifer B. Salvatore*
                                              Jennifer B. Salvatore (P66640)
                                              Attorney for Defendant
                                              105 East Main Street
                                              Northville, MI 48167
                                              (248) 679-8711
                                              salvatore@spplawyers.com

11

# Index of Exhibits

*Novi Surgical Center, LLC v. Safeco Insurance Company of Illinois*

| Ex. A | Complaint, State Court Case No. 2018-164250-NF |
|-------|-----------------------------------------------|
| Ex. B | Summons |
| Ex. C | Service of Process |

**EXHIBIT A**

This case has been designated as an eFiling case. To review a copy of the Notice of Mandatory eFiling visit www.oakgov.com/clerkrod/Pages/efiling.

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

2018-164250-NF

NOVI SURGICAL CENTER, LLC,

JUDGE CHERYL A. MATTHEWS
Case No. 18-    -NF
Hon.

      Plaintiff,

v

SAFECO INSURANCE COMPANY OF
ILLINOIS,

      Defendant.

---

MILLER & TISCHLER, P.C.
SEAN F. KELLY (P59975)
Attorney for Plaintiff
28470 W. 13 Mile Road, Suite 300
Farmington Hills, MI 48334
(248) 945-1040
skelly&msapc.net

---

*Upon information and belief, there are no other civil actions pending which
arise out of the same transactions or events which concern this case.*

/s/ Sean F. Kelly
SEAN F. KELLY (P59975)
Attorney for Plaintiff

**COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF
AND JURY DEMAND**

Plaintiff, NOVI SURGICAL CENTER, LLC ("NSC") by its attorneys, Miller & Tischler, P.C., for its Complaint, states:

**NATURE OF THE CLAIM**

1.    This is an action for No-Fault benefits. The following individuals suffered bodily injuries arising out of motor vehicle accidents and each are entitled to No-Fault benefits, within the meaning of the Michigan No-Fault Act, MCL 500.3101, *et seq.*:

    a.    Gjon Gjonoviq
    b.    Dorothy Hill
    c.    Gene Mucha

FILED    Received for Filing    Oakland County Clerk    3/8/2018 2:59 PM

NSC provided medical services to the above referenced individuals, hereinafter identified collectively as "the patients", and seeks to recover full payment for its charges (**Exhibit** A - Chart of Charges) plus all the No-Fault penalties to which it is entitled.

## PARTIES

2.      Plaintiff NSC is a provider of medical, therapeutic and rehabilitative services and has its principal offices in Southfield, Oakland County, Michigan.

3.      Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS ("SAFECO"), is a foreign corporation licensed to write insurance and conduct business in Oakland County, Michigan.

## JURISDICTION AND VENUE

4.      Jurisdiction is proper in this Court, because the amount in controversy is more than $25,000.00.

5.      Venue is proper in accordance with MCL 600.1629, because the Defendant conducts business in Oakland County, Michigan.

## FACTUAL ALLEGATIONS

6.      Paragraphs 1 through 5 are incorporated as if fully restated herein.

7.      On information and belief, the patients all sustained accidental bodily injury arising out of motor vehicle accidents within the meaning of the Michigan No-Fault Act, MCL 500.3101, *et seq.*

8.      The patients and NSC, their medical care provider, are entitled to be paid for all reasonable charges for all reasonably necessary products, services and accommodations related to their care, recovery and rehabilitation pursuant to the No-Fault Act, MCL 500.3107(1)(a).

2

FILED   Received for Filing   Oakland County Clerk   3/8/2018 2:59 PM

9. NSC provided medical services to the patients and submitted reasonable proof of the fact and amount of each loss to SAFECO pursuant to MCL 500.3142.

10. SAFECO is the No-Fault insurer that is responsible to pay No-Fault benefits to or for the benefit of the patients.

11. SAFECO received timely and reasonable proof of the fact and amount of each of NSC's charges incurred in the medical care and treatment provided to the patients.

12. NSC repeatedly requested full payment of its outstanding charges for the medical care and treatment provided to the patients.

13. SAFECO has unreasonably withheld and/or delayed full payment.

14. The patients have executed valid assignments of benefits (**Exhibit B**) and/or are expected to execute valid assignment/s of benefits, consistent with MCL 500.3143 and Michigan Case Law, thereby assigning to NSC all rights, privileges and remedies to payment from Defendant for health care services, products or accommodations provided by NSC to the patients to which the patients are or may be entitled under Chapter 31 of the Insurance Code (MCL 500.3101, et seq), the No-Fault Act.

15. Pursuant to said assignments, NSC is entitled to enforce against Defendant all rights, privileges and remedies to payment for services provided by NSC to the patients to which the patients would otherwise be entitled.

16. SAFECO's actions in withholding and/or delaying full payment are a breach of its statutory and/or contractual obligations to timely provide No-Fault benefits.

17. SAFECO's actions in withholding and/or delaying full payment subject it to No-Fault penalty interest, pursuant to MCL 500.3142.

FILED   Received for Filing   Oakland County Clerk   3/8/2018 2:59 PM

18.     SAFECO's actions in withholding and/or delaying full payment are unreasonable within the meaning of the No-Fault Act, and subject it to liability for No-Fault penalty attorney fees, pursuant to MCL 500.3148.

WHEREFORE, NSC asks this Court for the following relief:

A.     Grant judgment against SAFECO and order it to pay to NSC the total amount of liability due pursuant to personal injury protection benefits within the meaning of the No-Fault Act for the medical care and treatment provided to the patients;

B.     Grant judgment against SAFECO for whatever amount of compensatory damages NSC is found to be entitled, including costs, RJA interest, and No-Fault penalty interest pursuant to MCL 500.3142;

C.     Hold SAFECO's delay and/or withholding payment unreasonable pursuant to MCL 500.3148, and order SAFECO to pay penalty attorney's fees to NSC; and

D.     Grant such additional relief as this Court deems just and proper.

Respectfully submitted,

MILLER & TISCHLER, P.C.
/s/ Sean F. Kelly
BY: SEAN F. KELLY (P59975)
Attorney for Plaintiff NSC
28470 W. 13 Mile Rd., Ste. 300
Farmington Hills, MI 48334
(248) 945-1040

DATED: March 8, 2018

**JURY DEMAND**

Plaintiff hereby demands for trial by jury in the above captioned matter.

Respectfully submitted:

MILLER & TISCHLER, P.C.
/s/ Sean F. Kelly
BY: SEAN F. KELLY (P59975)
Attorney for Plaintiff NSC
28470 W. 13 Mile Road, Ste. 300
Farmington Hills, MI 48334
(248) 945-1040; (248) 536-5042 fax

Dated:  March 8, 2018

FILED   Received for Filing   Oakland County Clerk   3/8/2018 2:59 PM



**Safeco**

| Patient | Account # | D.O.S | Procedure, Services, Supplies | Charges | Amount Paid | Balance |
|---|---|---|---|---|---|---|
| Gjon Gjonoviq | 361 | 3.16.17 | 64484 | $1,948.00 | $985.14 | $962.86 |
| Gjon Gjonoviq | 361 | 3.30.17 | 64484 | $1,948.00 | $985.14 | $962.86 |
| Gjon Gjonoviq | 361 | 4.13.17 | 64484 | $1,948.00 | $985.14 | $962.86 |
| Gjon Gjonoviq | 361 | 4.10.17 | 64484-rt | $1,948.00 | $985.14 | $962.86 |
| Gjon Gjonoviq | 361 | 4.10.17 | 64484-59 | $1,948.00 | $985.14 | $962.86 |
| Gjon Gjonoviq | 361 | 4.10.17 | G9966x1 | $2.00 | $1.41 | $0.59 |
| Gene Mucha | 2245 | 8.16.17 | 22614 | $99,998.00 | $4,448.29 | $95,549.71 |
| Gene Mucha | 2245 | 8.16.17 | 22850-59 | $7,509.00 | $0.00 | $7,509.00 |
| Gene Mucha | 2245 | 8.16.17 | 22840 | $17,370.00 | $2,639.84 | $14,730.16 |
| Gene Mucha | 2245 | 8.16.17 | L8699 | $200.00 | $0.00 | $200.00 |
| Gene Mucha | 2245 | 8.16.17 | 20936 | $2,290.00 | $2,020.00 | $270.00 |
| Dorothy Hill | 659 | 4.10.17 | 64484-rt | $1,948.00 | $985.14 | $962.86 |
| Dorothy Hill | 659 | 4.10.17 | 64484-59rt | $1,948.00 | $985.14 | $962.86 |
| | | | | $141,005.00 | $16,005.52 | $124,999.48 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

2/20/18

PLAINTIFF'S
EXHIBIT
B

# NOVI
## SURGERY CENTER

HILL, DOROTHY
Visit: 23571 / 1          Gender: F
DOB: 0/5/1940             Age: 76
Phys: FREYDL, KARL
DOS: 4/10/2017

### GENERAL CONSENT TO TREATMENT AND ASSIGNMENT AGREEMENT

Patient's Name: **DOROTHY HILL**

Date of Birth: **8-5-40**

1. Consent: I request and authorize medical, imaging, physical therapy or surgical treatment as may be deemed necessary and appropriate by the physician and his/her designees and assistants participating in my care. This care may include: diagnostic, radiology and laboratory procedures; blood transfusions; anesthesia; therapeutic procedures; drugs; and medical, nursing and hospital care.

2. Release of Information: I authorize Novi Surgery Center, LLC to release pertinent information and/or copies of medical records for treatment, payment or health care operations purposes. I understand such information may include Human Immunodeficiency Virus (HIV), AIDS Related Complex (ARC), Acquired Immunodeficiency Syndrome (AIDS), Hepatitis, substance abuse, psychiatric/psychological service records, and social work records, if any. See Notice of Privacy Practices for further information.

3. Human Immunodeficiency Virus (HIV) and Hepatitis B/C Testing: I understand and agree that, in accordance with State law, an HIV, HBV or HCV test may be performed upon me in the event a health care worker sustains a significant exposure to my blood or body fluids. The results of any test will he treated confidentially.

4. Testing and Disposal of Specimens and Tissues: authorize Novi Surgery Center, LLC to retain, preserve, or use for research, scientific or teaching purposes, or to dispose of any specimen or tissue remaining after completion of a clinical procedure or treatment.

5. Infant Care: If I am admitted for the purpose of giving birth, I authorize all appropriate infant care and treatment.
I further authorize the taking of baby pictures for purchase by me, if desired.

6. Valuables: I release Novi Surgery Center, LLC from responsibility for all personal articles which I have with me during the time I am a patient at their facility. I understand that the Novi Surgery Center, LLC is not responsible for clothing, eyeglasses, dentures, jewelry, money or other personal articles of value kept in my possession or in my room while a patient in Novi Surgery Center, LLC. I understand that personal valuables must be deposited with Novi Surgery Center, LLC in order for Novi Surgery Center, LLC to assume any responsibility for their safekeeping.

7. Assignment Agreement: I assign and authorize payment from my insurance company (including any no-fault auto insurance policy or assigned claims plan through which I am entitled to Michigan no-fault personal protection insurance benefits) directly to Novi Surgery Center, LLC (hereinafter "Provider") for any and all services rendered by Provider. I also assign to Provider the right to file a claim or lawsuit against my insurance company (including any no-fault auto insurance policy or assigned claims plan through which I am entitled to Michigan no-fault personal protection insurance benefits) to collect payment for the unpaid bills which I have incurred with Provider.

8. Payment agreement: I agree to pay, at the time of discharge or on an interim basis (agreed upon by the Provider), all charges not covered by my insurance company. I understand that it is my primary responsibility to pay the Provider all charges for services rendered irrespective of any disputes or disagreements between myself and insurance companies. If I receive anesthesia/pain management services, I assign and authorize payment from my insurance company for anesthesiologist services to Provider or will pay directly for any amount not covered.

9. No Guarantees: I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees or promises have been made to me as to the result of the care and treatment which I have hereby authorized.

I have read this form or it has been read to me and I understand and agree to its contents. I further understand that this consent will be deemed continuing.

**4-10-17**
_____
Date

X _Dorothy J Hill_
Signature of patient/parent (if patient is a minor) legal guardian/patient advocate
Closest relative (if patient is unable to consent)

FILED    Received for Filing    Oakland County Clerk    3/8/2018 2:59 PM

# NOVI
## SURGERY CENTER

GJONOVIQ, GJON
Visit: 23335 / 1        Gender: M
DOB: 8/13/1950          Age: 66
Phys: FREYDL, KARL
DOS: 3/16/2017

### GENERAL CONSENT TO TREATMENT AND ASSIGNMENT AGREEMENT

Patient's Name: **GJON GJONOVIQ**

Date of Birth: **8-13-50**

1. Consent: I request and authorize medical, imaging, physical therapy or surgical treatment as may be deemed necessary and appropriate by the physician and his/her designees and assistants participating in my care. This care may include: diagnostic; radiology and laboratory procedures; blood transfusions; anesthesia; therapeutic procedures; drugs; and medical; nursing and hospital care.

2. Release of Information: I authorize Novi Surgery Center, LLC to release pertinent information and/or copies of medical records for treatment, payment or health care operations purposes. I understand such information may include Human Immunodeficiency Virus (HIV), AIDS Related Complex (ARC), Acquired Immunodeficiency Syndrome (AIDS), Hepatitis, substance abuse, psychiatric/psychological service records, and social work records, if any. See Notice of Privacy Practices for further information.

3. Human Immunodeficiency Virus (HIV) and Hepatitis B/C Testing: I understand and agree that, in accordance with State law, an HIV, HBV or HCV test may be performed upon me in the event a health care worker sustains a significant exposure to my blood or body fluids. The results of any test will be treated confidentially.

4. Testing and Disposal of Specimens and Tissues: authorize Novi Surgery Center, LLC to retain, preserve, or use for research, scientific or teaching purposes, or to dispose of any specimen or tissue remaining after completion of a clinical procedure or treatment.

5. Infant Care: If I am admitted for the purpose of giving birth, I authorize all appropriate infant care and treatment. I further authorize the taking of baby pictures for purchase by me, if desired.

6. Valuables: I release Novi Surgery Center, LLC from responsibility for all personal articles which I have with me during the time I am a patient at their facility. I understand that the Novi Surgery Center, LLC is not responsible for clothing, eyeglasses, dentures, jewelry, money or other personal articles of value kept in my possession or in my room while a patient in Novi Surgery Center, LLC. I understand that personal valuables must be deposited with Novi Surgery Center, LLC in order for Novi Surgery Center, LLC to assume any responsibility for their safekeeping.

7. Assignment Agreement: I assign and authorize payment from my insurance company (including any no-fault auto insurance policy or assigned claims plan through which I am entitled to Michigan no-fault personal protection insurance benefits) directly to Novi Surgery Center, LLC (hereinafter "Provider") for any and all services rendered by Provider. I also assign to Provider the right to file a claim or lawsuit against my insurance company (including any no-fault auto insurance policy or assigned claims plan through which I am entitled to Michigan no-fault personal protection insurance benefits) to collect payment for the unpaid bills which I have incurred with Provider.

8. Payment agreement: I agree to pay, at the time of discharge or on an interim basis (agreed upon by the Provider), all charges not covered by my insurance company. I understand that it is my primary responsibility to pay the Provider all charges for services rendered irrespective of any disputes or disagreements between myself and insurance companies. If I receive anesthesia/pain management services, I assign and authorize payment from my insurance company for anesthesiologist services to Provider or will pay directly for any amount not covered.

9. No Guarantees: I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees or promises have been made to me as to the result of the care and treatment which I have hereby authorized.

I have read this form or it has been read to me and I understand and agree to its contents. I further understand that this consent will be deemed continuing.

**3-16-17**
_____
Date

X **GJON**
_____
Signature of patient/parent (if patient is a minor) legal guardian/patient advocate
Closest relative (if patient is unable to consent)

FILED   Received for Filing   Oakland County Clerk   3/8/2018 2:59 PM



MUCHA, GENE
ID A t: 24934 / 1    Gender: M
DOB: 4/15/1969    Age: 48
Phys: PANNU, TEJPAUL
DOS: 8/16/2017

FILED   Received for Filing   Oakland County Clerk   3/8/2018 2:59 PM

## GENERAL CONSENT TO TREATMENT AND ASSIGNMENT AGREEMENT

Patient's Name: **Gene Mucha**

Date of Birth: **4-15-69**

1. Consent: I request and authorize medical, imaging, physical therapy or surgical treatment as may be deemed necessary and appropriate by the physician and his/her designees and assistants participating in my care. This care may include: diagnostic; radiology and laboratory procedures; blood transfusions; anesthesia; therapeutic procedures; drugs; and medical; nursing and hospital care.

2. Release of Information: I authorize Novi Surgery Center, LLC to release pertinent information and/or copies of medical records for treatment, payment or health care operations purposes. I understand such information may include Human Immunodeficiency Virus (HIV), AIDS Related Complex (ARC), Acquired Immunodeficiency Syndrome (AIDS), Hepatitis, substance abuse, psychiatric/psychological service records, and social work records, if any. See Notice of Privacy Practices for further information.

3. Human Immunodeficiency Virus (HIV) and Hepatitis B/C Testing: I understand and agree that, in accordance with State law, an HIV, HBV or HCV test may be performed upon me in the event a health care worker sustains a significant exposure to my blood or body fluids. The results of any test will be treated confidentially.

4. Testing and Disposal of Specimens and Tissues: authorize Novi Surgery Center, LLC to retain, preserve, or use for research, scientific or teaching purposes, or to dispose of any specimen or tissue remaining after completion of a clinical procedure or treatment.

5. Infant Care: If I am admitted for the purpose of giving birth, I authorize all appropriate infant care and treatment.
I further authorize the taking of baby pictures for purchase by me, if desired.

6. Valuables: I release Novi Surgery Center, LLC from responsibility for all personal articles which I have with me during the time I am a patient at their facility. I understand that the Novi Surgery Center, LLC is not responsible for clothing, eyeglasses, dentures, jewelry, money or other personal articles of value kept in my possession or in my room while a patient in Novi Surgery Center, LLC. I understand that personal valuables must be deposited with Novi Surgery Center, LLC in order for Novi Surgery Center, LLC to assume any responsibility for their safekeeping.

7. Assignment Agreement: I assign and authorize payment from my insurance company (including any no-fault auto insurance policy or assigned claims plan through which I am entitled to Michigan no-fault personal protection insurance benefits) directly to Novi Surgery Center, LLC (hereinafter "Provider") for any and all services rendered by Provider. I also assign to Provider the right to file a claim or lawsuit against my insurance company (including any no-fault auto insurance policy or assigned claims plan through which I am entitled to Michigan no-fault personal protection insurance benefits) to collect payment for the unpaid bills which I have incurred with Provider.

8. Payment agreement: I agree to pay, at the time of discharge or on an interim basis (agreed upon by the Provider), all charges not covered by my insurance company. I understand that it is my primary responsibility to pay the Provider all charges for services rendered irrespective of any disputes or disagreements between myself and insurance companies. If I receive anesthesia/pain management services, I assign and authorize payment from my insurance company for anesthesiologist services to Provider or will pay directly for any amount not covered.

9. No Guarantees: I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees or promises have been made to me as to the result of the care and treatment which I have hereby authorized.

I have read this form or it has been read to me and I understand and agree to its contents. I further understand that this consent will be deemed continuing.

____**8-16-17**____

Date

X _____

Signature of patient/parent (if patient is a minor) legal guardian/patient advocate
Closest relative (if patient is unable to consent)

FILED   Received for Filing   Oakland County Clerk   3/8/2018 2:59 PM

Account #_____
MUCHA, GENE
ID / Visit: 24934 / 1      Gender: M
DOB: 4/15/1969      Age: 48
Phys: PANNU, TEJPAUL
DOS: 8/16/2017

## MICHIGAN HEAD & SPINE INSTITUTE

I, _____, do hereby assign my right to collect no-fault insurance benefits, if any, for unpaid services rendered by Michigan Head & Spine Institute (MHSI) to date, to MHSI and attorneys operating on its behalf. This is an assignment for services already rendered only; this is not an assignment of benefits for services rendered in the future or after the date of this document. Patient agrees that as consideration for this assignment, MHSI assumes the burden, otherwise born by the patient, to pursue payment for services rendered by MHSI, from the insurance company or payor entity responsible to pay for such services. This assignment shall be irrevocable unless terminated by mutual agreement of Patient and Provider in writing.

_____     8-16-17
Patient or Parent/Guardian Signature                          Date


_____     _____
Print Patient Name                                          Relationship to Patient

neopost
03/28/2018
US POSTAGE    $07.99⁰

ZIP 48334
041L11239691

Miller & Tischler, P.C.
28470 W. 13 Mile Rd. Ste 300
Farmington Hill, MI 48334

**CERTIFIED MAIL**



7016 1370 0001 8550 1494



CERTIFIED MAIL-RETURN RECEIPT
Safeco Insurance Company of Illinois
c/o Resident Agent
CSC-Lawyers Incorporating Service Co
601 Abbot Road
East Lansing, MI 48823

**EXHIBIT B**

Approved, SCAO

| Original - Court | 2nd copy - Plaintiff |
|---|---|
| 1st copy - Defendant | 3rd copy - Return |

| | | **CASE NO.** |
|---|---|---|
| **STATE OF MICHIGAN** | | 2018-164250-NF |
| **JUDICIAL DISTRICT** | **SUMMONS AND COMPLAINT** | 18-            NF |
| 6th  **JUDICIAL CIRCUIT** | | JUDGE CHERYL A. MATTHEWS |
| **COUNTY PROBATE** | | |

| Court address | Court telephone no. |
|---|---|
| 1200 N. Telegraph Rd., Pontiac, MI 48341 | 248-858-0582 |

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| NOVI SURGICAL CENTER, LLC, | v | SAFECO INSURANCE COMPANY OF ILLINOIS<br>c/o Resident Agent<br>CSC-Lawyers Incorporating Service Co.<br>601 Abbott Rd<br>East Lansing, MI 48823 |

| Plaintiff's attorney, bar no., address, and telephone no. | |
|---|---|
| Sean F. Kelly P59975<br>28470 W. 13 Mile Rd., Ste. 300<br>Farmington Hills, MI 48334 | This case has been designated as an eFiling case. To review a copy of the Notice of Mandatory eFiling visit www.oakgov.com/clerkrod/Pages/efiling. |

**SUMMONS**   NOTICE TO THE DEFENDANT:  In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file an answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 3/8/2018 | 6/7/2018 | Lisa Brown |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**COMPLAINT**  Instruction:   *The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains   ☐ is no longer   pending.  The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains   ☐ is no longer   pending.  The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| City of Novi, County of Oakland, State of Michigan | City of Novi, County of Oakland, State of Michigan |

| Place where action arose or business conducted |
|---|
| City of Noviouthfield, County of Oakland, State of Michigan |

| 3/8/18 | Signature of attorney/plaintiff  Sean F. Kelly P59975 |
|---|---|
| Date | *Sean F. Kelly* |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01  (5/15)  **SUMMONS AND COMPLAINT**         MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

FILED   Received for Filing   Oakland County Clerk   3/8/2018 2:59 PM

| **PROOF OF SERVICE** | **SUMMONS AND COMPLAINT** |
| | Case No.     18-                        NF |

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE**      **OR** | ☐ **AFFIDAVIT OF PROCESS SERVER** |
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court of ficer, or attorney for a party (MCR 2.104[A][2]), and that:     (notarization not required) | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:     (notarization required) |

☐ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _____

_____List all documents served with the Summons and Complaint_____

_____

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Mileage fee | Total fee | Signature |
|---|---|---|---|---|
| $ | | $ | $ | |

Name (type or print)

Title

Subscribed and sworn to before me on _____, _____ County, Michigan.
_____Date

My commission expires: _____  Signature: _____
_____Date                    Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____

_____ on _____
                                          Day, date, time

                                     on behalf of _____.

Signature

**EXHIBIT C**



**CSC**

# Notice of Service of Process

null / ALL
**Transmittal Number: 17972577**
**Date Processed: 03/30/2018**

**Primary Contact:** Arlene Smith
Liberty Mutual Insurance Company
175 Berkeley Street
Boston, MA 02116

| | |
|---|---|
| **Entity:** | Safeco Insurance Company Of Illinois<br>Entity ID Number 2785544 |
| **Entity Served:** | Safeco Insurance Company of Illinois |
| **Title of Action:** | Novi Surgical Center, LLC (Gjon Gjonoviq, Dorothy Hill, Gene Mucha) vs. Safeco Insurance Company of Illinois |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Oakland County Circuit Court, Michigan |
| **Case/Reference No:** | 2018-164250-NF |
| **Jurisdiction Served:** | Michigan |
| **Date Served on CSC:** | 03/30/2018 |
| **Answer or Appearance Due:** | 28 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Sean F. Kelly<br>248-945-1040 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com